PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Hassan Reid  　　　　　　　　　　　　Cr.: 06-00618-001
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　PACTS #: 46886

Name of Sentencing Judicial Officer: Honorable Susan D. Wigenton

Date of Original Sentence: 07/12/07

Original Offense: Possession of a Weapon by a Convicted Felon in violation of Title 18 U.S.C. §922(g)(1)

Original Sentence: 37 months imprisonment

Special Conditions: Drug Testing and Treatment; Financial Disclosure and DNA Testing

Type of Supervision: TSR  　　　　　　　　　　　　　Date Supervision Commenced: 03/25/10

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On November 16, 2010, the offender tested positive for Benzoylecgonine (Cocaine Metabolite) following a random drug test administered by Open Door, a substance abuse program and testing center, located in New Brunswick, New Jersey. The urinalysis was confirmed positive by the National Testing Lab on November 19, 2010. The offender denies using cocaine and stated he lives next door to an abandoned house where he believes drugs are used and distributed. He observed baggies of a white powdery substance in the alley way between his house and the abandoned house and attempted to discard the narcotics. |
| 2 | At his sentencing hearing before Your Honor on July 12, 2007, the offender was ordered to pay a $100 special assessment. As of this writing, the offender has not submitted any monetary payment toward this fine despite numerous requests by the undersigned officer. |

U.S. Probation Officer Action:

The undersigned officer held an adjustment session with the offender, at which time, he was verbally reprimanded for his use of illegal substances. The undersigned advised the offender that based on the laboratory results confirming that his urinalysis tested positive for Benzoylecgonine (Cocaine Metabolite), he had to ingest the illegal substance. Simply touching the illegal substance would not result in a positive urinalysis by the lab. The undersigned again reviewed the offender's special and standard conditions of his supervised release, as imposed by Your Honor on July 12, 2007, and had the offender sign his judgement of conviction. He was also provided with a copy for his records. The offender is also on Code-A-Phone, a random drug testing program, at Open Door located in New Brunswick. He reports to Open Door on a random basis at least three times per month.
The undersigned officer will also monitor any illegal substance use by the offender by administering random

drug tests during home and office visits. He was further advised that a violation of supervised release hearing would be scheduled before Your Honor should he submit another positive drug test from this date forward and/or fail to report for drug testing and abide by the standard and special conditions of his supervised release term. The offender was further instructed to satisfy his outstanding $100 special assessment.

Respectfully submitted,
By: Elizabeth A. Villa
U.S. Probation Officer
Date: 12/01/10

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

Date