PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Hassan Reid  
Cr.: 06-00618-001  
PACTS #: 46886

Name of Sentencing Judicial Officer: Honorable Susan D. Wigenton

Date of Original Sentence: 07/12/07

Original Offense: Possession of a Weapon by a Convicted Felon in violation of Title 18 U.S.C. §922(g)(1)

Original Sentence: 37 months imprisonment

Special Conditions: Drug Testing and Treatment; Financial Disclosure and DNA Testing

Type of Supervision: TSR      Date Supervision Commenced: 03/25/10

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On March 1, 2011, the offender tested positive for Benzoylecgonine (Cocaine Metabolite) following a random drug test administered by Open Door, a substance abuse program and testing center, located in New Brunswick, New Jersey. The urinalysis was confirmed positive by the National Testing Lab on March 5, 2011. The offender denied using cocaine or any illegal controlled dangerous substance. |
| 2 | At his sentencing hearing before Your Honor on July 12, 2007, the offender was ordered to pay a $100 special assessment. As of this writing, the offender has an outstanding $30 balance and has failed to satisfy in full despite numerous requests by the undersigned officer. |

U.S. Probation Officer Action:

On December 3, 2010, Your Honor was advised, via a Probation Form 12A, of this offender's positive drug result for cocaine on November 16, 2010. At that time, the undersigned requested no Court action be taken and advised Your Honor that our office would continue to closely monitor the offender and notify the Court should the offender test positive again or involve himself in any wrongdoing. On March 1, 2011, the offender underwent a random urinalysis which tested positive for Benzoylecgonine (Cocaine Metabolite). The specimen was forwarded to the National Testing Lab and confirmed positive for Benzoylecgonine on March 5, 2011. The undersigned officer held an adjustment session with the offender, at which time, he was verbally reprimanded for his use of illegal substances.

PROB 12A - Page 2
Hassan Reid

On March 7, 2011, the offender was referred for outpatient drug treatment at Open Door located in New Brunswick, New Jersey, both on an individual and group basis. He will also continue to report to Code-A-Phone, a random drug testing program, at Open Door. The undersigned officer will also monitor any illegal substance use by the offender by administering random drug tests during home and office visits. He was advised that a violation of supervised release hearing would be scheduled before Your Honor should he submit another positive drug test from this date forward and/or fail to report for drug testing and/or treatment. He was further ordered to abide by the standard and special conditions of his supervised release term and to satisfy his outstanding $30 special assessment immediately.

Respectfully submitted,

By: Elizabeth A. Villa
U.S. Probation Officer
Date: 03/14/11

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer

March 21, 2011
Date