PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Hassan Reid  **Docket Number:** 06-00618-001
 **PACTS Number:** 46886

**Name of Sentencing Judicial Officer:** HONORABLE SUSAN D. WIGENTON
UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 07/12/2007

**Original Offense:** Possession of a Firearm by a Convicted Felon, in violation of 18 U.S.C. §922(g)(1)

**Original Sentence:** 37 months imprisonment; 3 year Term of Supervised Release

**Type of Supervision:** Supervised Release   **Date Supervision Commenced:** 03/25/10

**Assistant U.S. Attorney:** David E. Malagold, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** K. Anthony Thomas, 1002 Broad Street, Newark, New Jersey 07102, (973) 645-634

---

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the standard supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
| | On April 20, 2011, the offender was arrested by the Perth Amboy Police Department in Perth Amboy, New Jersey. He was charged with possession of a weapon (brass knuckles) and was released on $25,000 bail. The municipal court hearing is pending. |
| 2 | The offender has violated the special supervision condition which states '**Alcohol/Drug Testing and Treatment** |
| | **You shall refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and the use of alcohol, and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you shall submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S.** |

> Probation Office. You shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged by the Court. You shall alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The Probation Officer shall supervise your compliance with this condition.'

On March 1, 2011, the offender tested positive for Benzoylecgonine (Cocaine Metabolite) following a random drug test administered by Open Door, a substance abuse program and testing center, located in New Brunswick, New Jersey. The urinalysis was confirmed positive by the National Testing Lab on March 5, 2011. The offender denied using cocaine or any illegal controlled dangerous substance. On November 16, 2010, the defendant tested positive for cocaine and the court was informed via a report of non compliance.

3   The offender has violated the mandatory supervision condition which states '**You shall pay a $100 Special Assessment ordered by the court.**'

On July 12, 2007, the offender was sentenced and ordered to pay a $100 Special Assessment. To date, the offender owes a $30 balance and has failed to pay the assessment in full, despite numerous requests by the probation officer.

I declare under penalty of perjury that the foregoing is true and correct.

By: Damary Bonilla
U.S. Probation Officer
Date: 4/20/2011

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[X] The Issuance of a Summons. Date of Hearing: 5/26/11 @ 3:30
[ ] No Action
[ ] Other

Signature of Judicial Officer

Date